IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RICARDO REYES GARCIA, | * |
| Petitioner, | * |
| v. | Case No. 4:26-cv-76-CDL-AGH |
| | * |
| Warden, STEWART DETENTION CENTER, *et al.,* | * |
| Respondents. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 23, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 23rd day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk